LAWRENCE G. BROWN
Acting United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763



FEB 0 4 2009



SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re search of 8208 Fawn Street, Bakersfield, CA and the R/O of a Red 2003 Chevrolet Silverado pick up truck, VIN 2GCEC19T931401071, bearing California license plate 8D91174 | CASE NO.  2:09-SW-0028 Order Unsealing Search Warrant |

The United States through its undersigned counsel, Assistant U.S. Attorney Mary L. Grad, hereby moves this Court to unseal the Search Warrant in the captioned matter.  The application and affidavit in support of the search warrant should remain sealed until further order of this Court.

Date: 2/4/09

SO ORDERED.

Dated: February 4, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Mary L. Grad
By: MARY L. GRAD
Assistant United States Attorney

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States Magistrate Judge

1